**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    - v -

JEFFREY DUNAT,

           Defendant.

- - - - - - - - - - - - - - - x

**08 CRIM 308**

NOTICE OF INTENT TO FILE AN INFORMATION

JUDGE JONES

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            March 13, 2008

                        MICHAEL J. GARCIA
                        United States Attorney

         By: _____
              Elie Honig
              Assistant United States Attorney

                        AGREED AND CONSENTED TO:

         By: _____
              Lawrence Gerzog, Esq.
              Attorney for Jeffrey Dunat

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

3/14/08  WHEEL A