```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
           - v. -                :     WAIVER OF INDICTMENT
                                 :
JEFFREY DUNAT,                   :
                                 :
           Defendant.            :
                                 :
- - - - - - - - - - - - - - - - x
```

08 CRIM

JUDGE JONES

        The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1951, 666, and 371; being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:    New York, New York
         ~~March~~ __, 2008
         4/8/08



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 8 2008

0202